Linda J. Larkin, OSB# 792954
E-mail: linda@bennetthartman.com
BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, OR   97204-3149
Telephone:  503-227-4600
Facsimile:  503-248-6800
Attorney for All Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY J. GAUTHIER AND GARTH BACHMAN, TRUSTEES OF THE OREGON AND SOUTHWEST WASHINGTON NECA-IBEW ELECTRICAL WORKERS AUDIT COMMITTEE, | Civil No. 3:20-cv-001913-BR |
| Plaintiffs, | PARTIAL SATISFACTION OF JUDGMENT |
| vs. | |
| VITRO ELECTRIC, LLC, | |
| Defendant. | |

PARTIAL SATISFACTION OF JUDGMENT                    PAGE 1 of 3

I hereby acknowledge receipt of payment of $73,816.33 towards the General

Judgment by Default, entered January 20, 2021. I authorize the clerk of said court to

enter partial satisfaction of the judgment entered in the above-entitled matter.

Dated this _____ day of April, 2021.

Linda J. Larkin, OSB No. 792954
linda@bennetthartman.com
Attorney for Plaintiffs

STATE OF OREGON          )
                         ) ss.
County of Multnomah      )

On the _____ day of April, 2021 personally appeared the above-named Linda J.

Larkin, and acknowledged that she signed the foregoing Partial Satisfaction as her

voluntary act and deed.

Notary Public for Oregon

OFFICIAL STAMP
AMY JOY MATHIS
NOTARY PUBLIC-OREGON
COMMISSION NO. 982010
MY COMMISSION EXPIRES DECEMBER 11, 2022

PARTIAL SATISFACTION OF JUDGMENT                    PAGE 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PARTIAL SATISFACTION** on:

> John Vitro, Managing Member for
> Vitro Electric, LLC
> 18489 S. Ferguson Road
> Oregon City, OR 97045
>                  Defendant

by the following indicated method or methods:

> ■by mailing a copy thereof in a sealed, first-class postage-paid envelope, addressed to the party(ies) listed above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

Dated this ___ day of April, 2020.

> /s/Linda J. Larkin
> Linda J. Larkin, OSB No. 792954
> linda@bennetthartman.com
> Attorney for Plaintiffs
> Phone:  (503) 227-4600

PARTIAL SATISFACTION OF JUDGMENT                    PAGE 3 of 3